424 A.2d 554

Commonwealth ex rel. Smith v. Smith, Appellant.

Argued September 10, 1979. Fred Smith, for appellant; Gary Goldman, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.